In the Matter of JOHN M. KELLY, Appellant, against WILLIAM F. MORGAN, JR., as Commissioner of Public Markets of the City of New York, Respondent.

(Submitted September 28, 1936; decided September 29, 1936.)

Motion to vacate order dismissing appeal and for leave to file and serve undertaking granted on condition undertaking is filed and served and appellant pays ten dollars costs within ten days; otherwise, denied with ten dollars costs. (See 271 N. Y. 616.)